FILED by CF D.C.
ELECTRONIC

APR 08, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **10-20249-CR-GRAHAM/TORRES**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JASON EDWARD DUBOSE,

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 9, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JASON EDWARD DUBOSE,**

did knowingly and intentionally attempt to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-

Methylenedioxymethamphetamine (MDMA), commonly referred to as "Ecstasy," a Schedule I controlled substance.

## COUNT 2

On or about June 16, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JASON EDWARD DUBOSE,**

did knowingly and intentionally attempt to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), commonly referred to as "Ecstasy," a Schedule I controlled substance.

## COUNT 3

On or about June 18, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JASON EDWARD DUBOSE,**

did knowingly and intentionally attempt to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-

Methylenedioxymethamphetamine (MDMA), commonly referred to as "Ecstasy," a Schedule I controlled substance.

## COUNT 4

On or about June 30, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JASON EDWARD DUBOSE,**

did knowingly and intentionally attempt to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), commonly referred to as "Ecstasy," a Schedule I controlled substance.

## CRIMINAL FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of any of the violations alleged in this Indictment the defendant, **JASON EDWARD DUBOSE**, shall forfeit to the United States any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of

such violation, and any property which the defendant used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
JARED E. DWYER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

vs.

JASON EDWARD DUBOSE,

        **Defendant.**
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- **X** Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    __X__
   - II    6 to 10 days    ___
   - III    11 to 20 days    ___
   - IV    21 to 60 days    ___
   - V    61 days and over    ___

   (Check only one)
   - Petty ___
   - Minor ___
   - Misdem. ___
   - Felony ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __2010-2410-STB__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __March 25, 2010__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes __X__ No

_____
JARED E. DWYER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501240

*Penalty Sheet(s) attached

REV 4/8/08

PENALTY SHEET

**Defendant's Name:** JASON EDWARD DUBOSE

**Case No:** _____

Counts #: 1, 2, 3, 4

  Attempt to distribute ecstasy

  Title 21, United States Code, Section 846

*** Max.Penalty:**          20 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.