UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20249-CR- GRAHAM/TORRES

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JASON EDWARD DUBOSE

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 83062-004

Language: ENGLISH

The above-named Defendant appeared before **Chief U.S. Magistrate Judge STEPHEN T. BROWN,** where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:     Address: IN CUSTODY

                Tel. No:

Defense Counsel:   Name : AFPD

                Address:

                Tel. No:

Bond Set/Continued:   $ PTD

Dated this 9TH day of APRIL, 2010.

        STEVEN M. LARIMORE, CLERK

        BY Stephanie A. Lee
          Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services